U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

SEP 1 1 2019

Division:  Atlanta
(USAO: 2019R00665)

JAMES N. HATTEN, Clerk
By:

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

DISTRICT COURT NO: **1:19-CR- 346**

COUNTY NAME:    Fulton

MAGISTRATE CASE NO.    1:19-MJ-687

| | | |
|---|---|---|
| X Indictment | Information | X Magistrate's Complaint |
| DATE: September 11, 2019 | DATE: | DATE: August 14, 2019 |

UNITED STATES OF AMERICA
vs.
VINCENT T PHARR

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X  Felony  Misdemeanor

## Defendant Information:

Is the defendant in custody?    X Yes    No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes   X No
  Other charges:
  Name of institution:

Will the defendant require an interpreter?    Yes   X No

District Judge:
Magistrate Judge:

Attorney:  Calvin A. Leipold, III
Defense Attorney: