# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| VINCENT T. PHARR, | : | MOTION TO VACATE |
| Fed. Reg. No. 72602-019, | : | 28 U.S.C. §2255 |
| Movant, | : | |
| | : | CRIMINAL NO. |
| v. | : | 1:19-CR-346-MHC-JSA |
| | : | |
| UNITED STATES, | : | CIVIL ACTION NO. |
| Respondent. | : | 1:21-CV-2912-MHC-JSA |

## O R D E R

Movant Vincent T. Pharr seeks via 28 U.S.C. §2255 to challenge the constitutionality of his convictions and sentences in this Court. (Doc. 35).

**IT IS HEREBY ORDERED** that said Motion and any amendments thereto be filed and served, together with a copy of this Order, on the United States Attorney for the Northern District of Georgia. Respondent shall **SHOW CAUSE** within thirty (30) days of the receipt of this Order why said Motion should not be granted; and, in connection therewith, Respondent shall transmit to this Court such pleadings, transcripts and decisions as are available and required to determine the issues raised.

As part of its response, Respondent should discuss whether the motion is untimely and respond to Movant's argument that he is entitled to equitable tolling. Respondent also should address whether a hearing is required to evaluate the issues raised in the Motion.

**IT IS SO ORDERED** this 23rd day of July, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE