Vincent Pharr
Reg. No. 72602-019
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

VINCENT PHARR,
    Petitioner,

v.                     Civil Action No. 1:21-cv-2912-MHC-JSA

UNITED STATES OF AMERICA,
    Respondent.

## REQUEST FOR DOCUMENTS AND EXTENSION OF TIME TO FILE PETITIONER'S REPLY

On July 19, 2021, the petitioner, Vincent Pharr, filed a motion to vacate, set aside or correct sentence pursuant to Title 28, United States Code, section 2255.

On July 23, 2021, this Court directed the Government to file a Response. A month later, the Government filed a motion for an extension of time to file a Response. The Court granted the motion on August 27, 2021; giving the Government until September 3, 2021 to file its

Response.

On September 9, 2021, FCI Herlong went on full lockdown (inmates confined to their cells 24 hours each day) due to a COVID-19 outbreak at the prison. The facility remained on full lockdown until on or about November 1, 2021 and thereafter, remained on partial lockdown.

Having never received a response from the Government, Pharr sent a letter to the Court seeking an update on the status of the case.

On January 2, 2022, FCI Herlong went on another full lockdown due to another COVID-19 outbreak. On January 4, 2022, Pharr received the case docket sheet from the Court. That document indicated that the Government had filed its Response on September 2, 2021 (Dkt #29). Pharr, however, never received the Government's Response. Based on the Government's failure to serve its Response on him, Pharr asks this Court to direct the Government to serve Pharr with its Response or have the Clerk of Court mail a copy of the Response to Pharr. Pharr further requests a 30-day extension of time to reply to the Government's Response; to commence from the date the document is mailed to Pharr.

Respectfully submitted,

1/5/2022   Vincent Pharr
Date       Vincent Pharr, pro-se

2.

## CERTIFICATE OF SERVICE

I, Vincent Pharr, hereby certify that a true and accurate copy of the foregoing instrument, Request for Documents has been sent this day, by U.S. Mail, to:

Calvin A. Leipold, III
Office of the U.S. Attorney
600 U.S. Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

Executed this 5th day of January 2022, at Herlong, California.

*Vincent Pharr*
Vincent Pharr, pro-se

Vincent Pharr
Reg. No. 72602-019
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

RENO NV 895
06 JAN 2022 PM 3 T



U.S. Marshals Service
Atlanta, GA 30303
CLEARED DATE
JAN 10 2022

Clerk of Court
United States District Court
2211 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA 30303-3361